# Court of Appeals
# of the State of Georgia

ATLANTA, July 16, 2026

*The Court of Appeals hereby passes the following order*

## A26D0616. SUMMERHILL, LLC et al v. MICHAEL SHELLHOUSE, AS EXECUTOR OF THE ESTATE OF EARNEST SHELLHOUSE et al.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2025CV0059260



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, July 16, 2026.

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith*, Clerk.